UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-CR-126 |
| v. | ) | |
| | ) | JUDGES Phillips/Guyton |
| JASON JENNINGS MELTON | ) | |

## **INDICTMENT**

The Grand Jury charges that, on or about August 12, 2010, within the Eastern District of Tennessee, the defendant, JASON JENNINGS MELTON, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition.

[18 U.S.C. §§ 922(g)(1) and 924(e)]

A TRUE BILL:

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY


*s/ Kelly A. Norris*
KELLY A. NORRIS
Assistant United States Attorney