# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CRIMINAL MINUTES - INITIAL APPEARANCE

**Case No.** 3:10-CR-126        **At** Knoxville        **Date** October 21, 2010
**U.S.A.**        vs.        **Melton**        custody [X] bond [] surety [] Non-surety []


**PROCEEDINGS:** Initial appearance/Arraignment held. Financial affidavit executed and approved. Defendant executed waiver of detention hearing.

**PRESENT: HONORABLE** H. BRUCE GUYTON, **US MAGISTRATE JUDGE**

N. Winton                        CD3A102010                        Kelly Norris
**Deputy Clerk**                **Court Reporter**                **Asst. US Attorney**


Robert Vogel                                        Scott Queener
**Attorney for Defendant**                        **Probation Officer**


**Others Present:** USM and CSO

**PROCEEDINGS:**

[] **Waiver of Indictment filed [] Information filed [] SEALED**
[] **Plea Agreement filed        [] SEALED     [] UNSEALED**
[X] **Ordered Attorney be appointed under Criminal Justice Act**
[] **Waived Appointment of Attorney and Waiver executed & filed**
[X] **Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P**
[X] **Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea**
[] **Defendant moves to CHANGE PLEA  [] granted  [] denied**
[X] **Defendant waives reading of Indictment/Information [] Indictment/Information read**
[] **Defendant PLEADS guilty to counts**
[X] **Defendant PLEADS NOT guilty to counts  - All**
[] **Government moves to dismiss counts**
[X] **DATES SET: Trial  12/22/10 Before** Honorable Thomas W. Phillips
                **Pretrial Conf. 12/8/10 at 9:00 a.m.    Before** Honorable Bruce Guyton
                **Motion Cutoff:** 11/18/10 **Response to Motions: 12/2/10**
                **Discovery cutoff:** 10/28/10 **Reciprocal discovery:** 12/8/10
                **Plea Negotiation Cutoff:** 12/8/10
                **Sentencing:  Before**
[] **Referred for PSI**
[] **Defendant to remain on bond     [X] Defendant remanded to custody of Marshal**


**Time:** 1:00     **to**        **1:25**