ATF **FILED**
NOV 16 2010
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:10-CR- 126 |
| JASON JENNINGS MELTON | ) | Phillips/Guyton |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JASON JENNINGS MELTON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition, in violation of Title 18, United States Code, §§ 922(g)(1) and 924(e).

Date: 10/05/2010

*Issuing officer's signature*

City and state:   Knoxville, TN

Kathy Keeton, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10-21-2010, and the person was arrested on *(date)* 10-21-2010
at *(city and state)* Knoxville, TN.

Date: 10-21-2010

*Arresting officer's signature*

LAMAR F. ENOUGH, SPECIAL AGENT
*Printed name and title*

FID# 1978474          1174-1008-0110-J