UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:10-CR-126 |
| v. | ) | |
| | ) | JUDGES PHILLIPS/GUYTON |
| JASON JENNINGS MELTON | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: SHERIFF, LOUDON COUNTY
OR ANY AUTHORIZED CUSTODIAN
THEREOF - GREETING:

We command that you have the body of JASON JENNINGS MELTON, detained in the Loudon County Jail, in Lenoir City, Tennessee, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Knoxville, Tennessee, on October 28, 2010, at 11:00 a.m., there to be present for an Initial Hearing/Arraignment, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Sheriff at the Loudon County Jail, Lenoir City, Tennessee, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Sheriff so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said JASON

JENNINGS MELTON, into his custody and possession at said Loudon County Jail, Lenoir City, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Loudon County Jail, Lenoir City, Tennessee, under safe and secure conduct and redeliver him to the Sheriff of the Loudon County Jail, Lenoir City, Tennessee.

PATRICIA MCNUTT, Clerk

By _____
Deputy Clerk

This __WHCAP__ has been partially executed by
receiving __Jas. J. Melton__ on __10/21/10__
and delivering __same__ on __10/21/10__
to __USMS__.

DUSM _____ Date: __10/21/10__

2