**FILED**
APR 12 2011
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

April 5th 2011

This is a Notification that the Defendant, Jason Jennings Melton, wishes to be entered and preserved on record of his federal case No. 3:10-CR-126. The Defendant has repeatedly requested that his counsel, Robert L. Vogel, procure and produce the statements given to law enforcement by the Confidential informant in his, Jason Jennings Melton's, Federal case - including the completely false and blatantly fabricated statements he, the Confidential Informant officially recognized by the Courts on 3-22-11 in the suppression hearing's first day as "Bobby Wright", gave to law enforcement on Wednesday August 4th 2010.

Also a second and completely contrary statement the C.I., Bobby Wright, gave to officers seven (7) days later, Wednesday August 11th 2010 while in custody for robbery charges in Knoxville. To date defense counsel has failed to honor the defendant's request. Furthermore, The Federal Magistrate Judge Guyton has allowed for the Confidential informant's names to be used in court and recognized but has denied the defense's request for a Frank's hearing to produce the statements of The Government's informant. These statements are necessary in rendering a fair and informed decission based on the "Four Corners Doctrine" in determining the validity of the fourth and fourteenth ammendment requirements of the Affidavit in request of a Search Warrant. Especially in a case where the reliability of an informant is as paramount as it is in this case where an entire Affidavit, (void of independant police coroboration or any reasonable, even minimum, ammount of probable cause.) is based on the unsubstantiated tip of an informant, see 393 U.S. 410

The defendant believes if the Court allowed for the false statements of the informant, Bobby Wright, to be entered into proceedings then by the very definition of the "four corners" doctrine, the Affidavit lacking any real probable cause, including coroboration by law enforcement, would be recognized as →

Constitutionally invalid. The Government would argue that, the, then confidential informant known to the Magistrate who issued the Search warrant only as CD-1, Bobby Wright made statements against his penal interests to officers. Pg. 3 Section 2 of the Affidavit "CD-1 stated that he has been operating with a group of individuals under the direction of Jason Jennings Melton." That statement gives no proof or indication of a crime. Further down in Section 2 still on page 3 Bobby Wright claims the individuals are given addresses of Future Targets and where the robberies will take place but yet no actual victim, crime, or circumstance is mentioned by CD-1 and so cannot be considered a Statement against ones own penal interest. Then, in the same section on pg 3 and top of 4, CD-1 stated that "he has loaned his Black GPS Garmin unit that has a car charger attached to it. CD-1 stated he, CD-1, has helped Melton enter multiple addresses of the patients from the pain clinic into the G.P.S unit and should be easily located in the recently found option of the Device." Since CD-1, Bobby Wright, sold his G.P.S, a black one, to a pill dealer for two roxy 30's two weeks prior to CD-1's August 4th arrest, He knew police would not find it at the "target" location and also since , the defendant Jason Jennings Melton, claims that to be another lie by Bobby Wright, that was not, without any proof, a statement made against Bobby Wright's penal interest. Page 4 Section 4, "Furthermore, CD-1 stated that he <u>recalled</u> and <u>witnessed</u> the Aforementioned robbery and beating, and stated that the Club that Melton utilized was a black Polymere club...."

CD-1 did not claim to be a part of this only a witness, CD-1 knows the law its obvious and here he makes no Statement against his penal interest, infact he makes it clear he is not making a damning statement by making it understood that he was a witness and not a participant.

The only problem is this is a crime that took place on July 13th 2010 approximately one (1) month prior to CD-1's, Bobby Wright's, arrest for robbery. Everyone heard of this crime for which there were no real suspects. This gives anyone seeking a deal

with law enforcement, for crimes they are guilty of, an opportunity to select a suspect of their choosing as the perpetrator of the crime. If this is all that is required for an Affidavit then ~~Any~~ no Citizen in the United States is ~~no~~ Safe? ~~One ~~.

The ~~Confidential Magistrate Judge Guyton~~ Government does not wish to allow the false statements of the Government's informant into the Case because to do so would certainly ~~surely~~ demand dismissal ~~of~~ of all the information provided by the informant and without the informant's information ~~officers~~ the Affiant would have never heard the defendant's Name, or even have been beckoned to the Knox County office. Thus no Affidavit would have been ~~illegally~~ drafted ~~and~~ no unconstitutional Search warrant have been issued   The Defendant wishes for all the informant's statements to be produced and entered into record. This notification is to be copied so that

the courts will recieve a copy just incase it should convieniently not be entered into record as a previous document has failed to do - That document has also been copied for the defendant ~~ander~~ and not under the defendant's trust account. ~~and~~

    Submitted to the Federal court clerk, mailed from the Blount County Sheriffs office the __5th__ day of April 20~~11~~

Defendant _Jason Jennings Melton_
Jason Jennings Melton
920 E Lamar Alexander Pckwy
Maryville, TN
37804

Also The Defendant wishes the magistrate that issued the ~~s~~ warrant for Search be reconsidered as being called as a witness for Suppression. The Court denied this request even though the defense requested this believing that had the magistrate been informed of the elaborate and intentional false testimony of the Confidential Informant's only prior statements given to law enforcement - Then Cissy Chapman would, and could, not have issued a Search Warrant based entirely on Such an unreliable informant's tips.

# General Request Form

Date: 4-3-11

Inmate Name: Jan Metts   Cell: D-426

Inmate Signature: Jason Melton

Sgt. Slaggel

Request: I need the included 3 pages copied so that I may send them to the Federal courts for notification

Thank you
Sincerely
Jason Jennings
Melton

Receiving Officer: 

Officer Signature: X

Date: 4/5/11

Officer Response: f10·x3

Sgt. Slaggel

Responding Officer Signature: X   Date: 4/5/11

Court Request must include Docket Number. Multiple requests on the same subject will not be answered.
Request will be answered within ten (10) Business Days
Grievances must be appealed within five (5) Business Days and answered within five (5) Business Days
Revised 10/29/08

Jason Melton
920 E. lamar Alexander Pckwy.
Maryville, TN
37804

KNOXVILLE TN 379
11 APR 2011 PM 1 L

USA FIRST-CLASS FOREVER

RECEIVED
APR 12 2011
Clerk, U.S. District Court
Eastern District of Tennessee

E. District of Tennessee
Office of U.S. District
Court Clerk
800 Market St., Suite 130
Knoxville, TN 37902

April 5th 2011
———————
Legal Mail