UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-CR-126 |
| ) | (Phillips/Guyton) |
| v. ) | |
| ) | |
| JASON JENNINGS MELTON, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT JASON JENNINGS MELTON'S SENTENCING MEMORANDUM

The Defendant, Jason Jennings Melton, by and through Counsel hereby files this statement pertaining to the Sentencing Memorandum in this case. Defendant has no additional information to add to the sentencing circumstances of this case which are not already contained in the Presentence Investigation Report.

The Defendant asks that the Court impose the agreed upon sentence in this case.

Respectfully submitted this 29th day of August, 2012.

s/A. Philip Lomonaco
A. Philip Lomonaco BPR# 011579
800 S. Gay Street, Suite 2610
Knoxville, TN 37929
(865) 521-7422
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

s/A. Philip Lomonaco
A. Philip Lomonaco BPR# 011579