# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

U.S.A. vs. JASON JENNINGS MELTON            **Date**: September 13, 2012

Case No.  3:10-CR-126                       **At:**  Knoxville

**PROCEEDINGS:** Sentencing Hearing – Defendant sworn. Amanda Latham, USPO, testifies as to defendant's criminal history. The parties addressed pending cases and parole violations that effect concurrent/consecutive sentencing. The Court accepts the plea agreement.

**Present:** HONORABLE  THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Angela Archer | Netta Kocuba | Kelly Ann Norris |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Phil Lomonaco | | Amanda Latham |
|---|---|---|
| **Attorney(s) for Deft** | | **Probation Officer** |

**Others present:**  CSO, USM

[X] Defendant is sworn
[X] Defendant is given opportunity to speak and [] speaks;  [X]  declines to speak
[] Govt moves for downward departure  [] granted  [] denied
[] Dft moves for downward variance [] granted  [] denied
[] Govt moves for third point reduction for acceptance of responsibility [] granted  [] denied

**[X] COURT PRONOUNCES JUDGMENT: The defendant is sentenced to 180 months and five years supervised release.**

[] Restitution:

[X]  Special Assessment:  $100.00

[X] Defendant remanded to custody           []  Released on bond
[]  Defendant to self-report as notified by the U.S. Marshal


Time   9:30    to    10:30