TWP2                                                                9-27-12

Honorable Mr Phillips,

It's Jason Melton here, writing from the Blount County Sheriff's office. I am an orthodox practicing Jewish inmate, yet I cannot get the BCSO staff to provide me with my "Kosher" meals as prescribed by State & federal regulations even though this facility recieves funds to provide such religious diets. They refuse to give me a grievance, as I've asked multiple times and ~~siply~~ simply been ignored.

I know contacting Chuck Pittman will do no good, as he has no interest in doing the right thing - many a federal inmate has attempted to call Mr. Pittman and recieved no response.

You seem to be a fair man, not yet disillusioned by years of judging men and listening to the complaints of the damned. I don't pretend to be a victim or even a righteous man but I want to be a good man and for me my religion has to be what cures me of my wickedness because, after all, I've found that I lack the will and want to change on my own ways.

I've decided to write directly to you about this issue in lieu of writing to local state reps., media and Washington Federal headquarters. If this letter yields me know results, I plan on writing 'Aleph' - the Jewish organization in Florida that assists Jewish inmates and military personel - as-well as the above mentioned offices and outlets. I hope you don't mind that I mention this letter to them as proof that I've went through previous local channels with my complaints.

Besides refusing to feed me a "Kosher" diet as prescribed by federal reg, this facilities medical staff refuse to give me my proper medications as previously prescribed by "Helen-Ross-McNabb" whilst I was at the Knox County Sheriff's office. These medications, you understand, are for my long existing psychological conditions of schizophrenia, social disorders (mood swings Bi-Polar and depression) and also for my epilepsy.

I am about to start refusing all foods not prepared according to the laws of "Kashrut" and if I must risk life and health for my faith - I am prepared to do so.

**FILED** Thankyou for you time in reading this letter

OCT 01 2012

Clerk, U.S. District Court
Eastern District of Tennessee
  At Knoxville

Sincerely J. Jennings Melton
Jason Melton
920 E. Lamar Alexander Pkwy.
Blount Maryville TN 37804

Case 3:10-cv-00126-TWP-HBG   Document 121   Filed 10/01/12   Page 1 of 3   PageID #: 763



Jason S. Molton
920 E. Lamar Alexander Pkwy.
Maryville, TN
37804

Office of Thomas W. Phillips.
U.S. District Court,
800 Market St., Suite 130
Knoxville, TN
37902

KNOXVILLE TN 377
26 SEP 2012 PM 1 L

RECEIVED
OCT 01 2012
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Legal Correspondence
37902230330

