Hello,

It's Jason Melton and I need a copy of my Criminal Docket For case #3:10-cr-00126l

Thank you

P.S. If there has been any new activities, offers or motions would you please include that as well. I am trying to file a 2255 Appeal and if there is a fee would you please either wave it or add it to my $100.00 assessment fee to be paid in time because as of now and the near future I am and will be indigent. Thank you for your time.

— Jason Melton

Jason Melton #43171-074
Federal Correctional Complex
USP-1
Coleman, FL 33521

FILED
2014 JUN 23 P 1:05
U.S. DISTRICT COURT
WESTERN DIST. TEN

⇔43171-074⇔

Mr Jason Melton
#43171-074
Federal Correctional Complex-U S P-1
Coleman, FL 33521
United States

TAMPA FL 335
SAINT PETERSBURG FL
20 JUN 2014 PM 4 L



RECEIVED

U.S. District Court
Eastern District of Tennessee
At Knoxville

Federal Court Clerk's office
800 Market St.
Knoxville, TN
37902

3790223279