3:10-cr-126

FILED

2015 MAR 23 P 2:16

U.S. DISTRICT COURT

Federal Court Clerk,

I have been working on a 2255 direct appeal concerning the A.C.C within the 6th District. I need my docket sheet and my Plea agreement and Judgement and Commitment order. If I have to pay I am indigent at this time but would not object to being billed at my inmate trust account so that I can pay for those copies when I get $ for working my prison Job. I am really in need of the paperwork because I only have one chance to file a proper 2255 appeal and if I screw it up - that's it!

Thank you for your time,

Sincerely,
Jason Jennings Melton
#43171-074
U.S.P Hazelton
P.O. Box 2000
Bruceton Mills, W.V.
26525