Dear United States District Court Clerk,   3:10-cr-126    9-5-16

Sorry if I am bothering you but I'm just asking about the progress of my "Johnson" appeal that I sent to you 77 days ago (June 20th (Monday)). I understand if you guys are swamped by all of the "Johnson" action that is taking place but a prison lawyer in here said that I should get <u>something</u> notifying me of the courts documenting my motion & request.

I at first thought that it is probably the overwhelming number of inmates filing which has caused you all not to respond by now, but, I'm starting to worry now if I messed it up by not being good enough @ law to draft it up properly, or if I've been denied all together but not ~~~~ been given notice... like absentia cold shoulder? Can you please give me some sort of update about my motion and if I am jumping the gun and being impatient then it's cool to tell me piss off and wait like everyone else... if that's the case please accept my apology.

Jason Melton #43171-074
P.O. Box 1000
Bruceton Mills, W.V.

Thank you,
Jason Melton #43171-074

Jason Jennings Mellton # 43171-074
United States Prison Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525

* Legal Mail *

Eastern District of Tennessee
Office of
United States District Court clerk
800 Market St, Suite 130
Knoxville, TN 37902

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

USA FIRST-CLASS FOREVER