August 17, 2018

Richard Enrique Ulloa-Melton
6823 Fort Hamilton Pkwy. #162
Brooklyn, New York 11219

United States District Court
Eastern District of Tennessee (Knoxville)
Clerk of the Court
800 Market Street Suite 130
Knoxville, Tennessee 37902

Reference: 3:10-cr-00126 JASON JENNINGS MELTON

Dear Court Clerk;

For identification purposes please find attached copies of my identification, copy of my power of attorney for JASON JENNINGS MELTON and a copy of our Marriage Certificate. These documents do not need to be filed with the court and are just for you for my identification.

Also, please find enclosed TWO COPIES of JASON JENNINGS MELTON's 2255, signed by him and mailed by me. Please file in docket 3:10-cr-00126.

I have sent a copy to the attention of Kelly Ann Norris, at this same address.

Please also note that Jason has been moved to another prison and his address is as follows:
Please send him the copy of the filed 2255, also any responses from the court or the government.

Please also find a copy of form Application for Leave to File a Second or Successive Motion to Vacate... which to my knowledge is not needed but filed just in case.

JASON JENNINGS MELTON
REG #. 43171-074
USP CANAAN US PENETENTIARY
P.O. BOX 300
WAYMART, PA 18472

Thank You in advance for your cooperation.

Sincerely;

Richard-Enrique Ulloa-Melton
Cc: Jason Melton, K. Norris