Richard Enrique Ulloa
c/o 6823 Fort Hamilton Pkwy.
Box 162
Brooklyn, New York [11219]

INSPECTED

RECEIVED
AUG 20 2018
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

TO:

**CLERK OF THE COURT**
United States District Court
Eastern District of Tennessee (Knoxville)
800 Market Street
Suite 130
Knoxville, Tennessee 37902



Retail

US POSTAGE PAID
**$6.70**

28
37902
Oz
5-07        1006

PRIORITY MAIL 3-Day ®

TED DELIVERY DAY: 08/21/2018    C002

USPS TRACKING NUMBER

9505 5163 2335 8230 2047 03

