UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br><br>JASON JENNINGS MELTON,<br>          Defendant. | No. 3:10-cr-126<br>Judge Phillips |

## MOTION TO SUBSTITUTE COUNSEL

The United States of America hereby advises the Court and the parties that Assistant United States Attorney Debra A. Breneman will represent the United States in the above-captioned case, effective this date. The United States also asks that Kelly A. Norris, who is currently listed as counsel of record for the United States, be removed.

Respectfully submitted,

J. Douglas Overbey
United States Attorney

 *s/ Debra A. Breneman*
Debra A. Breneman
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on September 5, 2018 this motion was filed electronically, and a true copy was mailed to defendant by regular United States mail, postage prepaid, addressed as follows:

Jason Jennings Melton
No. 43171-074
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

 *s/ Debra A. Breneman*
Debra A. Breneman
Assistant United States Attorney