12-10-18

To the 6th district East TN Court Clerk @ Knoxville,

Okay, I know you guys are busy but the last action in my case (3:10 Cr 00126 TWP HBG: 2) I am aware of was on 9-5-18 which was a Motion to substitute counsel. I've not heard or been notified of anything since. Now I don't mean to be impatient or paranoid but back in June 2016 I filed an original Johnson motion and it appears to have vanished as I do not want the same to happen w/ this Hughes motion on my 2255. I do not know the law and am not sure how long the waiting process is? If I am being bothersome then, again, I apologize but am writing this to inquire about the status of my 2255 Hughes/Johnson /stitt /appeal? I had a prison lawyer ~~(unclear)~~ draft it and my spouse mailed it in. If I am jumping the gun then I am sorry but it's been 96 days since the last activity, that I am aware of, and I am still a bit gun shy from my 6-16 situation where my motion disappeared.

Thank you for your time.

Sincerely,

Jason Jennings Melton
Jason Melton # 43171-074
United States Penitentiary Canaan
P.O. Box 300
Waymart, PA
18472