IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JASON JENNINGS MELTON,       )
                                      )
            Petitioner,          )
                                      )
v.                               )   No.  3:18-CV-347-TWP
                               )       3:10-CR-126-TWP-HBG-1
UNITED STATES OF AMERICA,     )
                                      )
            Respondent.        )

**O R D E R**

In accordance with the accompanying Memorandum Opinion, the government's motion to substitute attorney [doc. 2] and motion for extension of time to file response *nunc pro tunc* [doc. 5] are **GRANTED**. Petitioner's motion for an extension of time [doc. 7] is **GRANTED**. Finally, Petitioner's § 2255 motion [doc. 1] will be **DENIED** and this action **DISMISSED WITH PREJUDICE**. Moreover, a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith, and, should the Petitioner file a notice of appeal, he is **DENIED** leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER:

                          s/ Thomas W. Phillips
                    SENIOR UNITED STATES DISTRICT JUDGE