# UNITED STATES DISTRICT COURT
## Eastern District of Tennessee

JASON JENNINGS MELTON

Petitioner

V,

UNITED STATES OF AMERICA

CASE NUMBER: 3:10-CR126

Court Appointed Attorney

**MOTION TO ASSIGN A COURT APPOINTED ATTORNEY**

COMES NOW, the Petitioner, in a motion filed in a pro se manner, requesting for this Honorable Court to assign a new court appointed attorney.

My current attorney Phil Lomonaco has retired and has closed his office and practice.

The petitioner is currently an inmate at the USP Coleman 2 facility in Florida and cannot afford an attorney.

It seems both the State and the Federal Guidelines have changed and no longer view burglary as a crime of violence and the Guidelines also reduce the gun possession charges if it is not used in a violent crime, so my points would be reduced significantly.

Please assign an attorney to argue this issue for me.

Dated: January 22, 2024

-------------------------
Jason Melton #43171-074
USP Coleman 2, PO Box 1034, Coleman, Florida, 33521

JASON MELTON Reg# 43171-074
USP COLEMAN 2
PO BOX 1034
COLEMAN, FLORIDA 33521



RECEIVED
JAN 29 2024
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Court Clerk  CASE 10-CR-126
US DISTRICT COURT ED TENN
800 MARKET ST  SUITE 130
KNOXVILLE, TN
37902