Richard Enrique Ulloa
ATTORNEY-IN-FACT
PO BOX 280011
Brooklyn, New York [11228]

NEW YORK NY 100

3 SEP 2024 PM 14 L



INSPECTED

RECEIVED

SEP 0 9 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Katherine A. Crytzer, United States District Judge

800 Market Street, Suite 145
Knoxville, TN 37902

Case 3:10-cr-00126-KAC-JEM   Document 146-1   Filed 09/09/24   Page 1 of 1   PageID #: 956